Geoffrey S. Kercsmar (#020528)
KERCSMAR & MITCHELL PLLC
3260 N. Hayden Road, Suite 204
Scottsdale, Arizona 85251
Telephone: (480) 421-1001

Douglas W. Gilmore (#020464)
NOBLITT & GILMORE, LLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251-7630
Telephone: (480) 994-9869

Attorneys for Plaintiff International Flora Technologies, Ltd.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| International Flora Technologies, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Clarins S.A., et al., <br><br> Defendants. | No. CV06-1371-PHX-ROS <br><br> **NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT AND PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT** |

Plaintiff International Flora Technologies, Ltd. hereby gives notice that it has this date served by first class mail upon counsel of record for Defendant Clarins U.S.A., Inc. Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Set of Requests for Production to Defendant.

1   DATED this 12th day of January, 2007.

3   KERCSMAR & MITCHELL PLLC

5   By  s/ Geoffrey S. Kercsmar
    Geoffrey S. Kercsmar
    3260 N. Hayden Road, Suite 204
    Scottsdale, AZ  85251

7   Attorneys for Plaintiff
    International Flora Technologies, Ltd.

10  ORIGINAL of the foregoing
    electronically transmitted this
    12th day of January, 2007
    to the Clerk of Court's Office
    using the CM/ECF System for
    filing and transmittal of a Notice
    of Electronic Filing for the
    following CM/ECF registrants:

14  The Honorable Roslyn O. Silver

15  Linda Hunt Mullany
    Donna J. Hamilton
    Albert J. Breneisen
    James Galbraith
    Michael A. Siem
    Attorneys for Defendant

19   /s/ Geoffrey S. Kercsmar

Kercsmar & Mitchell PLLC
3260 North Hayden Road, Suite 204
Scottsdale, Arizona 85251
(480) 421-1001

2