Geoffrey S. Kercsmar (#020528)
KERCSMAR & MITCHELL PLLC
3260 N. Hayden Road, Suite 204
Scottsdale, Arizona 85251
Telephone: (480) 421-1001

Douglas W. Gilmore (#020464)
NOBLITT & GILMORE, LLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251-7630
Telephone: (480) 994-9869

Attorneys for Plaintiff International Flora Technologies, Ltd.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| International Flora Technologies, Ltd.,<br><br>          Plaintiff,<br><br>v.<br><br>Clarins S.A., et al.,<br><br>          Defendants. | No. CV06-1371-PHX-ROS<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INTIAL DISCLOSURE STATEMENT** |

    Plaintiff International Flora Technologies, Ltd. hereby gives notice that it has this date served by first class mail upon counsel of record for Defendant Clarins U.S.A., Inc. Plaintiff's Initial Disclosure Statement.

    DATED this 16th day of January, 2007.

                                              KERCSMAR & MITCHELL PLLC


                                        By   s/ Geoffrey S. Kercsmar
                                               Geoffrey S. Kercsmar
                                               3260 N. Hayden Road, Suite 204
                                               Scottsdale, AZ  85251
                                               Attorneys for Plaintiff
                                               International Flora Technologies, Ltd.

ORIGINAL of the foregoing electronically transmitted this 16th day of January, 2007 to the Clerk of Court's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing for the following CM/ECF registrants:

The Honorable Roslyn O. Silver

Linda Hunt Mullany
Donna J. Hamilton
Albert J. Breneisen
James Galbraith
Michael A. Siem
Attorneys for Defendant

/s/ Geoffrey S. Kercsmar

Kercsmar & Mitchell PLLC
3260 North Hayden Road, Suite 204
Scottsdale, Arizona 85251
(480) 421-1001