| | |
|---|---|
| 1 | Linda Hunt Mullany (AZ Bar #023743) |
| | Donna Hamilton (AZ Bar #018796) |
| 2 | GORDON & REES, LLP |
| | 3001 East Camelback Road, Suite 130 |
| 3 | Phoenix, Arizona 85016 |
| | Telephone:   602.885.3018 |
| 4 | Facsimile:   602.284.0989 |
| 5 | Albert J. Breneisen |
| | James Galbraith |
| 6 | Michael A. Siem |
| | KENYON & KENYON LLP |
| 7 | One Broadway |
| | New York, NY 10004-1007 |
| 8 | Telephone:   212.425.7200 |
| | Facsimile:   212.425.5288 |
| 9 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| International Flora Technologies, Ltd., an Arizona Corporation,,<br><br>Plaintiff,<br><br>v.<br><br>Clarins S.A., a foreign corporation; Laboratoires Clarins, a foreign corporation; Clarins U.S.A., a New York corporation; Clarins Group North America, a New York corporation; Clarins Canada, a foreign corporation,<br><br>Defendants. | Case No. CV-06-1371-PHX ROS<br><br>**NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

Defendants' hereby give notice that they have today served by first class mail upon counsel of record for International Flora Technologies, Ltd., Defendants' Initial Disclosures.

/ / /

KENYON & KENYON
LLP
NEW YORK

| | | |
|---|---|---|
| 1 | Dated: January 16, 2007 | GORDON & REES, LLP |
| 2 | | |
| 3 | | By: /LINDA HUNT MULLANY/ |
| 4 | | Linda Hunt Mullany (023743) |
| | | Donna Hamilton (018796) |
| 5 | | 3001 East Camelback Road, Suite 130 |
| | | Phoenix, Arizona  85016 |
| 6 | | Telephone:     602.885.3018 |
| | | Facsimile:      602.284.0989 |
| 7 | | |
| | | Albert J. Breneisen |
| 8 | | James Galbraith |
| | | Michael A. Siem |
| 9 | | KENYON & KENYON LLP |
| | | One Broadway |
| 10 | | New York, NY  10004-1007 |
| | | Telephone:     212.425.7200 |
| 11 | | Facsimile:      212.425.5288 |
| 12 | | Attorneys for Defendants |
| 13 | Original of the foregoing electronically | |
| 14 | Transmitted on January 17, 2007 to the Clerk of the Court's Office. | |