1   Linda Hunt Mullany (AZ Bar #023743)
    Donna Hamilton (AZ Bar #018796)
2   GORDON & REES, LLP
    3001 East Camelback Road, Suite 130
3   Phoenix, Arizona  85016
    Telephone:    602.885.3018
4   Facsimile:    602.284.0989

5   Albert J. Breneisen
    James Galbraith
6   Michael A. Siem
    KENYON & KENYON LLP
7   One Broadway
    New York, NY  10004-1007
8   Telephone:   212.425.7200
    Facsimile:   212.425.5288

9
    Attorneys for Defendants
10

11              UNITED STATES DISTRICT COURT

12              DISTRICT OF ARIZONA

13

14   | International Flora Technologies, Ltd., | |
     an Arizona Corporation,,

15

16              Plaintiff,                     | Case No. CV-06-1371-PHX ROS

17   v.

18   Clarins S.A., a foreign corporation;      **NOTICE OF SERVICE OF DEFENDANTS'**
     Laboratoires Clarins, a foreign           **FIRST SET OF INTERROGATORIES AND**
19   corporation; Clarins U.S.A., a New        **REQUESTS FOR PRODUCTION TO**
     York corporation; Clarins Group North     **PLAINTIFFS**
20   America, a New York corporation;
     Clarins Canada, a foreign corporation,

21              Defendants.

22

23          Defendants' hereby give notice that they have today served by first class mail upon

24   counsel of record for International Flora Technologies, Ltd., Defendants' First Set of

25   Interrogatories and First Set of Requests for Production of Documents.

26   / / /

27   / / /

28

1    Dated:  January 30, 2007                    GORDON & REES, LLP

2

3                                                By:____/LINDA HUNT MULLANY/_____
                                                 Linda Hunt Mullany (023743)
4                                                Donna Hamilton (018796)
                                                 3001 East Camelback Road, Suite 130
5                                                Phoenix, Arizona  85016
                                                 Telephone:      602.885.3018
6                                                Facsimile:      602.284.0989

7                                                Albert J. Breneisen
                                                 James Galbraith
8                                                Michael A. Siem
                                                 KENYON & KENYON LLP
9                                                One Broadway
                                                 New York, NY  10004-1007
10                                               Telephone:      212.425.7200
                                                 Facsimile:      212.425.5288
11
                                                 Attorneys for Defendants
12

13   Original of the foregoing electronically
     Transmitted on January 30, 2007 to the
14   Clerk of the Court's Office.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KENYON & KENYON
LLP
COWA/NM.SYbM1192v.1                              - 2 -