| | |
|---|---|
| 1 | Linda Hunt Mullany (AZ Bar #023743) |
| | Donna Hamilton (AZ Bar #018796) |
| 2 | GORDON & REES, LLP |
| | 3001 East Camelback Road, Suite 130 |
| 3 | Phoenix, Arizona 85016 |
| | Telephone:   602.885.3018 |
| 4 | Facsimile:   602.284.0989 |
| 5 | Albert J. Breneisen |
| | James Galbraith |
| 6 | Michael A. Siem |
| | KENYON & KENYON LLP |
| 7 | One Broadway |
| | New York, NY 10004-1007 |
| 8 | Telephone:   212.425.7200 |
| | Facsimile:   212.425.5288 |
| 9 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| International Flora Technologies, Ltd., an Arizona Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> Clarins S.A., a foreign corporation; Laboratoires Clarins, a foreign corporation; Clarins U.S.A., a New York corporation; Clarins Group North America, a New York corporation; Clarins Canada, a foreign corporation, <br><br> Defendants. | Case No. CV-06-1371-PHX ROS <br><br> **NOTICE OF SERVICE OF DEFENDANTS' RESPONSES TO IFT's FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

Defendants' hereby give notice that they have today served by first class mail upon counsel of record, as noted below, for International Flora Technologies, Ltd., Defendants' Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents.

/ / /

KENYON & KENYON LLP
NEW YORK

| | | |
|---|---|---|
| 1 | Geoffrey S. Kercsmar, Esq. | Counsel for Plaintiffs |
| 2 | KERCSMAR & MITCHELL<br>3260 N. Hayden Road, Ste. 204 | |
| 3 | Scottsdale, AZ 85251<br>(480) 421-1001 | |
| 4 | | |
| 5 | Douglas W. Gilmore, Esq.<br>NOBLITT & GILMORE | Co-Counsel for Plaintiffs |
| 6 | 4800 N. Scottsdale Road, Ste. 6000<br>Scottsdale, AZ 85251-7630 | |
| 7 | (480) 994-9869 | |
| 8 | Dated: February 12, 2007 | GORDON & REES, LLP |
| 9 | | |
| 10 | | By:    /LINDA HUNT MULLANY/ |
| 11 | | Linda Hunt Mullany (023743)<br>Donna Hamilton (018796) |
| 12 | | 3001 East Camelback Road, Suite 130<br>Phoenix, Arizona 85016 |
| 13 | | Telephone:    602.885.3018<br>Facsimile:    602.284.0989 |
| 14 | | Albert J. Breneisen |
| 15 | | James Galbraith<br>Michael A. Siem |
| 16 | | KENYON & KENYON LLP<br>One Broadway |
| 17 | | New York, NY 10004-1007<br>Telephone:    212.425.7200 |
| 18 | | Facsimile:    212.425.5288 |
| 19 | | Attorneys for Defendants |
| 20 | Original of the foregoing electronically<br>Transmitted on February 12, 2007 to the | |
| 21 | Clerk of the Court's Office. | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |